KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

FARAH J. MARTINEZ (SBN 191862)
CHARLES D. FERGUSON (Florida Bar No. 0741531)
DANIEL L. LEYTON (Florida Bar No. 0061824)
DE LA O, MARKO, MAGOLNICK & LEYTON
3001 S. W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-2000
Facsimile: (305) 285-5555

Attorneys for Plaintiff
CONNIE ARNOLD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE ARNOLD, <br><br> Plaintiff, <br><br> v. <br><br> RADIOLOGICAL ASSOC. OF SACRAMENTO MED. GROUP, INC., d/b/a SOUTH IMAGING CENTER; 1994 TRUST AGREEMENT, ROBERT CONNELLY and HELENE CONNELLY, in their representative capacity as Trustees, <br><br> Defendants. | Case No.: 2:06-cv-01984-MCE-GGH <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS WITH PREJUDICE** |

Plaintiff, Connie Arnold, and Defendants, Radiological Associates of Sacramento Medical Group, Inc., 1994 Trust Agreement, Robert Connelly and Helene Connelly, in their representative capacity as Trustees, by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and state:

1.    Plaintiff filed her lawsuit on September 5, 2006.

2. All Defendants who have answered the Complaint agree to the Dismissal with Prejudice.

3. Plaintiff and Defendant, 1994 Trust Agreement, Robert Connelly and Helene Connelly, in their representative capacity as Trustees (the "Parties"), have entered into a Settlement Agreement and Full Release ("Agreement"), which settles all aspects of this lawsuit. A copy of the executed Agreement and Plaintiffs' expert report are attached as Composite Exhibit A.

4. The Agreement includes remedial measures which will be completed within twelve (12) months of the date of execution, and provides Plaintiffs' expert with the right of inspection to confirm compliance with the Agreement. The Parties respectfully request that the Court retain jurisdiction to enforce the terms of the Agreement.

WHEREFORE, Plaintiff and Defendants, by and through their attorneys of record, so stipulate.

DATED: June 26, 2007.

**DE LA O, MARKO, MAGOLNICK & LEYTON**

By: /s/ CHARLES D. FERGUSON
DANIEL L. LEYTON
CHARLES D. FERGUSON
FARAH J. MARTINEZ
Attorneys for Plaintiff

**WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP**

By: /s/ KELLI M. KENNADAY
KELLI M. KENNADAY
Attorneys for Defendant
RADIOLOGICAL ASSOCIATES OF SACRAMENTO MEDICAL GROUP, INC.

BY /s/ Kelly L. Lynch
KELLY L. LYNCH
Attorney For Defendant
1994 TRUST, ROBERT CONNELLY AND HELENE CONNELLY, in their representative capacity as trustees

1    PURSUANT TO THE STIPULATION OF THE PARTIES, **IT IS SO ORDERED.**

2    DATED: July 5, 2007
3
4    _____
5    MORRISON C. ENGLAND, JR
6    UNITED STATES DISTRICT JUDGE